JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROD STARNES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOVE'S COUNTRY STORES OF CALIFORNIA, INC., a California Corporation; and DOES 1 through 60, inclusive,<br><br>Defendants | Case No. 5:15-CV-1038 DSF (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLAIM AND STIPULATED MOTION TO REMAND** |

Based on the parties' Joint Stipulation to Dismiss Claim and Stipulated Motion to Remand, and good cause appearing:

IT IS ORDERED Plaintiff's FLMA claim is dismissed without prejudice.

IT IS FURTHER ORDERED this matter is remanded back to the Superior Court of California, County of San Bernardino.

**IT IS SO ORDERED**,

DATED: 6/27/16

*Dale S. Fischer*

_____
THE HONORABLE JUDGE DALE S. FISCHER
JUDGE OF THE U.S. DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA